IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-0196
 ((((((((((((((((

 JAY SANDON COOPER v. WILLIAM B. COCHRAN, ET AL.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Motion for Extension of Time to File Petition For Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petitioner's motion to extend time to file petition for
review, filed on March 9, 2009, is ABATED.
 2. The motion is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court once the court
of appeals rules on Mr. Cooper's motion for reconsideration.

 Done at the City of Austin, this 26th day of March, 2009.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk